1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SARAH RYAN
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8978
        Facsimile: (415) 744-0134
7       E-Mail: sarah.ryan@ssa.gov

8  Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                          **SACRAMENTO DIVISION**

12 TROY WAHL,                        )
                                     )   CIVIL NO. 2:06-CV-01551-KJM
13         Plaintiff,                )
                                     )
14         v.                        )
                                     )   ORDER GRANTING
15 MICHAEL J. ASTRUE,                )   LEAVE TO DEFENDANT TO FILE
   Commissioner of                   )   SUR-REPLY TO PLAINTIFF'S
16 Social Security,                  )   REPLY BRIEF
                                     )
17         Defendant.                )
                                     )

18
           The Court having considered Defendant's Motion for Leave to File Sur-Reply to
19
   Plaintiff's Reply Brief and finding good cause for granting same, does hereby GRANT LEAVE
20
   TO DEFENDANT to file a sur-reply to Plaintiff's Reply Brief within 10 days of the issuance of
21
   this order.
22
           Signed this 24th day of May, 2007.
23

24                                                 _____
                                                   U.S. MAGISTRATE JUDGE
25

26

27

28