McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
PETER THOMPSON
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Peter.Thompson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| TROY WAHL,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:06-CV-01551 KJM<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND SIX HUNDRED AND SEVENTY FIVE and 00/100 DOLLARS ($5,675.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of FIVE THOUSAND SIX HUNDRED AND SEVENTY FIVE and 00/100 DOLLARS ($5,675.00), shall constitute a complete release from and bar to any and all claims of Plaintiff or counsel relating to EAJA fees in connection with this action, without prejudice to

any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                      Respectfully submitted,

Dated: January 28, 2008             /s/ Ann Cerney
                                      (As authorized via e-mail)
                                      ANN M. CERNEY
                                      Attorney for Plaintiff

Dated: January 28, 2008             McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      /s/ Peter Thompson
                                      PETER THOMPSON
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

                                        <u>ORDER</u>

       APPROVED AND SO ORDERED.


DATED:  January 30, 2008.


                                      _____
                                      U.S. MAGISTRATE JUDGE